**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**


<u>**ORDER REGARDING DESIGNATION OF CASE INTO ELECTRONIC FILING
SYSTEM AND ELECTRONIC FILING OF PAPERS**</u>

Effective immediately, this case is designated as an electronically filed case subject to the enclosed Electronic Filing Order in Criminal Cases.  Counsel are hereby notified that the procedures contained in the District's CM/ECF Policies and Procedures Manual as well as the attached Electronic Filing Order apply.

If counsel believe that this case should not be designated as an e-filed case, or if doing so would present an undue burden on counsel or the parties, you must advise the court of the same by filing a pleading seeking to be exempt.  Any requests for an exemption to the mandatory policy must be filed **within 10 days** and will be considered for good cause hardship reasons only. (**Such a request may be filed non-electronically**).

It is so ordered.


/s/ Alvin W. Thompson

---

Alvin W. Thompson
United States District Judge